1  Julie E. Patterson, California Bar No. 167326
     jepatterson@bryancave.com
2  Tamara S. Freeze, California Bar No. 239037
     tamara.freeze@bryancave.com
3  **BRYAN CAVE LLP**
4  3161 Michelson Drive, Suite 1500
   Irvine, California 92612-4414
5  Telephone:  (949) 223-7000
   Facsimile:    (949) 223-7100
6
7  Attorneys for Defendant
   BUILD-A-BEAR WORKSHOP, INC.
8
9              **UNITED STATES DISTRICT COURT**
10             **EASTERN DISTRICT OF CALIFORNIA**
11
12  DEBRA ALEXANDER, an individual,          Case No. 1:08-CV-00726-OWW-GSA

13                Plaintiff,                 **ORDER GRANTING STIPULATION FOR THE EXTENSION OF THE DEADLINE FOR THE DESIGNATION OF EXPERT WITNESSES AND EXCHANGE OF EXPERT WITNESS REPORTS**

14       vs.

15  BUILD-A-BEAR WORKSHOP, INC., a
    Delaware Company; and DOES 1-75
16  inclusive,
                                             Honorable Oliver W. Wanger
17                Defendants.                Courtroom 3

18

19

20       Having read the Stipulation for the Extension of the Deadline for the

21  Designation of Expert Witnesses and Exchange of Expert Witness Reports filed

22  with the Court on January 26, 2009;

23       1.    The deadline for the Parties to designate experts to be called at trial and

24  provide reports will be subject to Fed. R. Civ. P. 26(a)(2)(C)(i) and is, therefore,

25  continued to May 20, 2009.

26       2.    The deadline for the Parties to designate rebuttal witnesses and provide

27  reports will be subject to Fed. R. Civ. P. 26(a)(2)(C)(ii) and is, therefore, continued

28  to June 19, 2009.

Bryan Cave LLP
3161 MICHELSON DRIVE, SUITE 1500
Irvine, California 92612-4414

IR01DOCS392112.1

1        IT IS SO ORDERED.

2
   Dated:  1/28/2009                          /s/ OLIVER W. WANGER
3                                             Hon. OLIVER W. WANGER
4                                             U.S. District Judge

5
   Respectfully submitted by:
6
7  Julie E. Patterson
   Tamara Freeze
8  **BRYAN CAVE LLP**

9
   By:  /s/ Julie E. Patterson
10        Julie E. Patterson
11 Attorneys for Defendant
   BUILD-A-BEAR WORKSHOP, INC.
12
   Dated:  January 29, 2009
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IR01DOCS392112.1

[PROPOSED ] ORDER GRANTING
STIPULATION FOR EXTENSION

Bryan Cave LLP
3161 MICHELSON DRIVE, SUITE 1500
Irvine, California 92612-4414