UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBRA ALEXANDER, | ) | |
| | ) | 1:08-CV-726 OWW GSA |
| Plaintiff, | ) | |
| v. | ) | **ORDER DISMISSING ACTION** |
| BUILD-A-BEAR WORKSHOP, INC., | ) | |
| Defendant. | ) | |

Pursuant to the stipulation of dismissal filed pursuant to FRCvP 419(a)(1),

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   April 10, 2009**                       /s/ Oliver W. Wanger
                                                            UNITED STATES DISTRICT JUDGE

1